

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | VIOLATION:   26 U.S.C. § 5861(d) |
| v. | Case:2:22-cr-20677<br>Judge: Leitman, Matthew F.<br>MJ: Altman, Kimberly G.<br>Filed: 12-20-2022 At 03:28 PM<br>INDI USA V RICHARD WILLIAM GREER (L G) |
| RICHARD WILLIAM GREER, | |
| Defendant. | |
| _____/ | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

*Possession of Unregistered Silencer*
26 U.S.C. § 5861(d)

On or about March 26, 2022, in the Eastern District of Michigan, the defendant, RICHARD GREER, knowingly possessed a firearm, that is, a silencer as defined in 26 U.S.C. § 5845(a), not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNT TWO

*Possession of Unregistered Silencer*
26 U.S.C. § 5861(d)

On or about May 12, 2022, in the Eastern District of Michigan, the defendant, RICHARD GREER, knowingly possessed a firearm, that is, a silencer as defined in 26 U.S.C. § 5845(a), not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## FORFEITURE ALLEGATIONS
26 U.S.C. § 5872

The allegations of Count One and Two of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, RICHARD GREER, has an interest, pursuant to the provisions of Title 26, United States Code, Section 5872. Upon conviction of the offense alleged in this Information, the defendant shall forfeit to the United States any firearm involved in or used in the violation of Title 26, United States Code, Sections 5861(d).

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney


*s/ Brandy R. McMillion*
BRANDY R. McMILLION
Chief, General Crimes Unit
Assistant United States Attorney


*s/ Jasmine Ayana Moore*
JASMINE A. MOORE
Assistant United States Attorney


Dated: December 20, 2022

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 2:22-cr-20677<br>Judge: Leitman, Matthew F.<br>MJ: Altman, Kimberly G.<br>Filed: 12-20-2022 At 03:28 PM<br>INDI USA V RICHARD WILLIAM GREER (LG) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: jam |

**Case Title:** USA v. RICHARD WILLIAM GREER

**County where offense occurred:** St. Clair County

**Check One:**   ☒ Felony      ☐ Misdemeanor      ☐ Petty

```
____Indictment/____Information --- no prior complaint.
  X  Indictment/____Information --- based upon prior complaint [Case number: 22-mj-30514   ]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

**Superseding Case Information**

**Superseding to Case No:** _____     **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

December 20, 2022
Date

Jasmine A. Moore
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9759
jasmine.moore@usdoj.gov

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.